**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HIRSCHBACH MOTOR LINES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 18-CV-1025** |
| | ) | |
| **ENDURANCE AMERICAN INSURANCE** | ) | |
| **COMPANY and CRC INSURANCE** | ) | |
| **SERVICES INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendants Endurance American Insurance
Company and CRC Insurance Services, Inc., hereby jointly remove to this Court the state court
action described below.

1.      On April 24, 2018, an action was commenced in the Iowa District Court for
Dubuque County entitled <u>Hirschbach Motor Lines, Inc. v. Endurance American Insurance
Company and CRC Insurance Services, Inc.</u>, as Case No. LACV107512.

2.      The first date upon which Defendant CRC Insurance Services, Inc. ("CRC")
received a copy of the complaint was May 3, 2018, when CRC's registered agent was served via
personal service with a copy of the Original Notice and Petition at Law and Jury Demand.  The
foregoing documents are attached hereto collectively as Exhibit "A."  The documents contained
in Exhibit "A" constitute all of the documents served upon CRC in the state court action.  28
U.S.C. § 1446(a).  The first date upon which Defendant Endurance American Insurance
Company ("Endurance") received a copy of the complaint was May 8, 2018, when Endurance's
registered agent was served via personal service with a copy of the Original Notice and Petition

at Law and Jury Demand.  The foregoing documents are attached hereto collectively as Exhibit "B."  The documents contained in Exhibit "B" constitute all of the documents served upon Endurance in the state court action.  28 U.S.C. § 1446(a).

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Complete diversity of citizenship exists in that:  Plaintiff Hirschbach Motor Lines, Inc. is a corporation organized under and existing under the laws of the State of Iowa with its principal place of business in the State of Iowa, Defendant Endurance is a corporation organized under and existing under the laws of the State of Delaware with its principal place of business in the State of New York, and Defendant CRC is a corporation organized under and existing under the laws of the State of Alabama with its principal place of business in the State of Alabama.  Therefore, Defendants are not citizens of the state in which the state court action is pending.

5. Plaintiff's complaint does not demand a specific sum. However, in response to an inquiry from counsel for Endurance, counsel for Plaintiff provided additional information regarding the amount at issue in this case, which exceeds $75,000. Attached as Exhibit C is the email correspondence dated May 24, 2018 between counsel for Plaintiff, counsel for Endurance, and counsel for CRC, indicating that Plaintiff is alleging an amount in controversy greater than $75,000.

5. There are no motions currently pending in state court that would require resolution by this Court.

6. Promptly after filing this Notice of Removal, Defendants will give written notice of the removal to Plaintiff, as well as the Clerk of Court in the state court action, as required by 28 U.S.C. § 1446(d).

DATED:  June 4, 2018.

PEDDICORD WHARTON, LLP

SCOTT J. BEATTIE, AT#0000735
scott@peddicord.law
6800 Lake Drive, Suite 125
West Des Moines, IA 50266
Telephone: 515/243-2100
Facsimile: 515/243-2132

**COUNSEL FOR DEFENDANTS**

Original filed.

Copies to:

Jason C. Palmer
Stephanie A. Koltookian
BRADSHAW FOWLER PROCTOR &
FAIRGRAVE, P.C.
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309-8004
Telephone: (515) 246-5858
Fax: (515) 246-5808
Palmer.jason@bradshawlaw.com
Koltookian.stephanie@bradshawlaw.com
*Counsel for Plaintiff Hirschbach Motor Lines, Inc.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 4, 2018, via Electronic Filing and U.S. Mail.

Signature: /s/ Scott J. Beattie

# EXHIBIT

# A

 **CT Corporation**

| | |
|---|---|
| **TO:** | Mark Booz, Litigation Practice Mgr & Sr VP<br>BB&T<br>200 West 2nd Street, 3rd Floor<br>Winston Salem, NC 27101-1255 |
| **RE:** | **Process Served in Iowa** |
| **FOR:** | CRC Insurance Services, Inc.  (Domestic State: AL) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Hirschbach Motor Lines, Inc., Pltf. vs. Endurance American Insurance Company, Dft. // To: CRC Insurance Services, Inc. |
| **DOCUMENT(S) SERVED:** | Original Notice, Attachment, Petition |
| **COURT/AGENCY:** | Dubuque County District Court Iowa, .<br>Case # LACV107512 |
| **NATURE OF ACTION:** | Insurance Litigation - Claim for policy benefits |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Des Moines, IA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/03/2018 at 09:28 |
| **JURISDICTION SERVED :** | Iowa |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Jason C. Palmer<br>Bradshaw, Fowler, Proctor & Fairgrave, P.C.<br>801 Grand Ave.<br>Ste. 3700<br>Des Moines, IA 50309-8004<br>515-246-5858 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/04/2018, Expected Purge Date: 05/09/2018<br><br>Image SOP<br><br>Email Notification,  Mark Booz  mbooz@bbandt.com<br><br>Email Notification,  Jason Haynie  jhaynie@crcins.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 400 East Court Avenue<br>Suite 110<br>Des Moines, IA 50309 |
| **TELEPHONE:** | 602-277-4792 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

## IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC. | Law No.: LACV107512 |
| Plaintiff, | |
| v. | ORIGINAL NOTICE |
| ENDURANCE AMERICAN INSURANCE COMPANY and CRC INSURANCE SERVICES, INC. | |
| Defendants. | |

TO THE ABOVE-NAMED DEFENDANT:  Endurance American Insurance Company

You are notified that a Petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorneys for the Plaintiff are Jason C. Palmer and Stephanie A. Koltookian whose address is 801 Grand Avenue, Suite 3700, Des Moines, Iowa 50309-8004. Their phone number is (515) 246-5825; facsimile number (515) 246-5808.

You must serve a motion or answer within 20 days following the filing of this Notice with the Clerk of Court for Dubuque County at the county courthouse in Dubuque, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319-833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

(Seal)

_____
Clerk of Court
Dubuque County Courthouse
P.O. Box 1220
Dubuque, IA 52004-1220

## IMPORTANT
## YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE
## TO PROTECT YOUR INTERESTS

# STATE OF IOWA JUDICIARY

*Case No.* **LACV107512**

*County* **Dubuque**

*Case Title* **HIRSCHBACH V ENDURANCE AMERICAN INSURANCE ET AL**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

| Scheduled Hearing: |
| --- |
|  |

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 833-3332** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* **04/25/2018 12:46:43 PM**



**District Clerk of** Dubuque      *County*
**/s/ Ana Unger**

## IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC. | Law No.: LACV107512 |
| Plaintiff, | |
| v. | **PETITION AT LAW AND JURY DEMAND** |
| ENDURANCE AMERICAN INSURANCE COMPANY and CRC INSURANCE SERVICES, INC. | |
| Defendants. | |

**COMES NOW** Plaintiff, Hirschbach Motor Lines, Inc., by and through its undersigned counsel of record, and for its Petition at Law hereby states as follows:

### JURISDICTION AND VENUE

1.     Hirschbach Motor Lines, Inc. (hereinafter "Hirschbach") is an Iowa Corporation with its principal place of business in Dubuque, Dubuque County, Iowa.

2.     Endurance American Insurance Company (hereinafter "Endurance") is a Delaware Corporation which is licensed to market and sell property and casualty insurance products in the State of Iowa under Iowa license number 3082.

3.     CRC Insurance Services, Inc. (hereinafter "CRC") is an Alabama Corporation that is authorized to do business in the State of Iowa.

4.     All negotiations and interactions involving this suit occurred in Dubuque, Dubuque County, Iowa.

### GENERAL ALLEGATIONS

5.     Hirschbach is a commercial motor carrier that specializes in the transportation of refrigerated products.

6.     Endurance is a property and casualty insurer that markets and sells physical damage and cargo insurance to motor carriers similarly situated as Hirschbach.

7.     CRC is an insurance broker who brokers insurance products between insurance carriers and insureds.

8.     In 2016, Hirschbach requested quotes for insurance for physical damage and cargo insurance through its broker, HNI Risk Services, Inc. (hereinafter "HNI").

9.     After months of negotiating, CNC presented to Hirschbach an insurance quote for physical damage and cargo insurance on or about July 22, 2016 for an effective date of insurance of August 1, 2016.

10.     This quote gave both an estimated premium (which required a deposit of that amount) and a minimum premium.

11.     This quote gave no specific minimum premium for physical damage coverage.

12.     Hirschbach accepted this July 22, 2016 quote and paid the deposit premium (through premium financing).

13.     At the end of the policy term, Endurance performed a post-policy audit and determined that Hirschbach's physical damage insurance did not meet the deposit premium.

14.     Endurance's audit revealed that Hirschbach is owed a return premium for the amount actually accrued during the policy period.

## COUNT I - BREACH OF WRITTEN CONTRACT – AGAINST ENDURANCE AND CRC

15.     Plaintiff repleads paragraphs 5–14 of the General Allegations as if the same were incorporated herein and made a part hereof.

16.     Plaintiff entered into a written contract with Endurance and CRC.

17.     This contract required Endurance and CRC to return premium to Hirschbach under certain conditions.

18.     Hirschbach has performed all the terms and conditions required under the contract.

19.     Defendants Endurance and CRC have breached this contract by failing to return premium to Hirschbach.

20.     Defendants Endurance and CRC failure to repay this amount is a breach of contract for which Defendant is liable to Plaintiff.

21.     Plaintiff has suffered damages as a result of this breach of contract.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.

## COUNT II—UNJUST ENRICHMENT – AGAINST ENDURANCE AND CRC

22.     Plaintiff repleads paragraphs 5–21 of the General Allegations and Count I as if the same were incorporated herein and made a part hereof.

23.     Defendants Endurance and CRC have enjoyed the value and benefit of the compensation provided by Plaintiff.

24.     The services, goods and materials were provided by Plaintiff upon the request of Defendants Endurance and CRC with the full knowledge, consent, acquiescence of, and without objection of Defendants Endurance and CRC.

25.     Plaintiff has performed each and every obligation imposed on it by Defendants Endurance and CRC.

26.     Defendants will be unjustly enriched unless it is ordered to pay Plaintiff the value of the compensation accepted by Defendants Endurance and CRC.

27.     This unjust enrichment has resulted in damages to the Plaintiff.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.

## COUNT III— CONVERSION – AGAINST ENDURANCE AND CRC

28.     Plaintiff repleads paragraphs 5–27 of the General Allegations, Count I and Count II as if the same were incorporated herein and made a part hereof.

29.     Plaintiff owns or has possessory right in the return premium money greater than that of Defendants Endurance and CRC.

30.     Defendants Endurance and CRC have exercised dominion or control over this return premium money of the in derogation of Plaintiff's possessory rights.

31.     This conversion has resulted in damages to the Plaintiff.

32.     Plaintiff has performed each and every obligation imposed on it by Defendants Endurance and CRC.

33.     Defendants will be unjustly enriched unless it is ordered to pay Plaintiff the value of the compensation accepted by Defendants Endurance and CRC.

34.     This unjust enrichment has resulted in damages to the Plaintiff.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.

## COUNT IV— FRAUDULENT INDUCEMENT – AGAINST ENDURANCE AND CNC

35. Plaintiff repleads paragraphs 5–34 of the General Allegations, Count I, Count II, and Count III as if the same were incorporated herein and made a part hereof.

36. Plaintiff and Defendants Endurance and CNC engaged in negotiation to determine if Defendants' policy could meet Plaintiff's cargo and physical damage insurance needs.

37. Plaintiff negotiated with Defendants Endurance and CNC based on their representations that the physical damage insurance coverage offered by Defendants Endurance and CNC would be subject to trucking industry standards for insurance.

38. Defendants Endurance and CNC represented during these negotiations that their physical damage insurance policy met trucking industry standards for insurance.

39. Defendants Endurance and CNC knew that the trucking industry standard for insurance includes terms that provide for return premiums on all insurance minimums paid.

40. Plaintiff would not have entered into the contract with Defendants Endurance and CNC if it knew that the policy did not provide for a return premium.

41. Plaintiff relied on Defendants' representations about Defendants Endurance and CNC's insurance policies.

42. Plaintiff's reliance on Defendant' representations caused damages to Plaintiff.

**WHEREFORE,** Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Defendants Endurance and CRC to be proven at trial including all interest and court costs.

## COUNT IV—NEGLIGENT MISREPRESENTATION—AGAINST ENDURANCE AND CNC

43. Plaintiff repleads paragraphs 5–42 of the General Allegations, Count I, Count II, Count III, and Count IV as if the same were incorporated herein and made a part hereof.

44.     Defendants Endurance and CNC are in the business of providing information and guidance to potential and actual customers, including Plaintiff, regarding the selection of insurance policies sold and whose sale was facilitated by Defendants.

45.     Defendants had a pecuniary interest in providing information and guidance to Plaintiff regarding the selection of an insurance policy.

46.     The misrepresentations and omissions of material fact by Defendants described above regarding the physical damage insurance policy were negligent.

47.     Plaintiff has sustained damages as a direct and proximate result of the negligent misrepresentations and omissions of material facts by Defendants.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.

## JURY DEMAND

**COMES NOW**, Hirschbach Motor Lines, Inc., by and through its undersigned counsel of record and hereby demands a jury for all matters related to this Petition at Law.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By:     _____/s/ Jason C. Palmer_____
         Jason C. Palmer  AT0006089
         Stephanie A. Koltookian  AT0012724
         801 Grand Avenue, Suite 3700
         Des Moines, IA  50309-8004
         Telephone:  (515) 246-5858
         Facsimile  (515) 246-5808
         E-Mail:  palmer.jason@bradshawlaw.com
                    koltookian.stephanie@bradshawlaw.com

ATTORNEYS FOR PLAINTIFF

# EXHIBIT

# B

IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

Case Number: LACV107512

| | |
|---|---|
| HIRSCHBACH MOTORS LINES, INC., ) | ACCEPTANCE OF SERVICE |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| ENDURANCE AMERICAN INSURANCE ) | |
| COMPANY and CRC INSURANCE ) | |
| SERVICES, INC., ) | |
| Defendant(s), ) | |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for the ENDURANCE AMERICAN INSURANCE COMPANY, defendant named herein, the 8th of May, 2018.

Commissioner of Insurance

Doug Ommen

## STATE OF IOWA JUDICIARY

*Case No.* LACV107512
*County* Dubuque

*Case Title* HIRSCHBACH V ENDURANCE AMERICAN INSURANCE ET AL

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 833-3332 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

*Date Issued* 04/25/2018 12:46:43 PM



*District Clerk of* Dubuque          *County*
/s/ Ana Unger

IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC. | Law No.: _LACV107512_____ |
| Plaintiff, | |
| v. | **ORIGINAL NOTICE** |
| ENDURANCE AMERICAN INSURANCE COMPANY and CRC INSURANCE SERVICES, INC. | |
| Defendants. | |

TO THE ABOVE-NAMED DEFENDANT:   Endurance American Insurance Company

You are notified that a Petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorneys for the Plaintiff are Jason C. Palmer and Stephanie A. Koltookian whose address is 801 Grand Avenue, Suite 3700, Des Moines, Iowa 50309-8004. Their phone number is (515) 246-5825; facsimile number (515) 246-5808.

You must serve a motion or answer within 20 days following the filing of this Notice with the Clerk of Court for Dubuque County at the county courthouse in Dubuque, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319-833-3332. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

(Seal)

_____
Clerk of Court
Dubuque County Courthouse
P.O. Box 1220
Dubuque, IA 52004-1220

**IMPORTANT**
**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE**
**TO PROTECT YOUR INTERESTS**

IN THE IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC. | Law No.: LACV107512 |
| Plaintiff, | |
| v. | **PETITION AT LAW AND JURY DEMAND** |
| ENDURANCE AMERICAN INSURANCE COMPANY and CRC INSURANCE SERVICES, INC. | |
| Defendants. | |

**COMES NOW** Plaintiff, Hirschbach Motor Lines, Inc., by and through its undersigned counsel of record, and for its Petition at Law hereby states as follows:

## JURISDICTION AND VENUE

1.  Hirschbach Motor Lines, Inc. (hereinafter "Hirschbach") is an Iowa Corporation with its principal place of business in Dubuque, Dubuque County, Iowa.

2.  Endurance American Insurance Company (hereinafter "Endurance") is a Delaware Corporation which is licensed to market and sell property and casualty insurance products in the State of Iowa under Iowa license number 3082.

3.  CRC Insurance Services, Inc. (hereinafter "CRC") is an Alabama Corporation that is authorized to do business in the State of Iowa.

4.  All negotiations and interactions involving this suit occurred in Dubuque, Dubuque County, Iowa.

## GENERAL ALLEGATIONS

5.  Hirschbach is a commercial motor carrier that specializes in the transportation of refrigerated products.

6.     Endurance is a property and casualty insurer that markets and sells physical damage and cargo insurance to motor carriers similarly situated as Hirschbach.

7.     CRC is an insurance broker who brokers insurance products between insurance carriers and insureds.

8.     In 2016, Hirschbach requested quotes for insurance for physical damage and cargo insurance through its broker, HNI Risk Services, Inc. (hereinafter "HNI").

9.     After months of negotiating, CNC presented to Hirschbach an insurance quote for physical damage and cargo insurance on or about July 22, 2016 for an effective date of insurance of August 1, 2016.

10.    This quote gave both an estimated premium (which required a deposit of that amount) and a minimum premium.

11.    This quote gave no specific minimum premium for physical damage coverage.

12.    Hirschbach accepted this July 22, 2016 quote and paid the deposit premium (through premium financing).

13.    At the end of the policy term, Endurance performed a post-policy audit and determined that Hirschbach's physical damage insurance did not meet the deposit premium.

14.    Endurance's audit revealed that Hirschbach is owed a return premium for the amount actually accrued during the policy period.

### COUNT I - BREACH OF WRITTEN CONTRACT – AGAINST ENDURANCE AND CRC

15.    Plaintiff repleads paragraphs 5–14 of the General Allegations as if the same were incorporated herein and made a part hereof.

16.    Plaintiff entered into a written contract with Endurance and CRC.

17. This contract required Endurance and CRC to return premium to Hirschbach under certain conditions.

18. Hirschbach has performed all the terms and conditions required under the contract.

19. Defendants Endurance and CRC have breached this contract by failing to return premium to Hirschbach.

20. Defendants Endurance and CRC failure to repay this amount is a breach of contract for which Defendant is liable to Plaintiff.

21. Plaintiff has suffered damages as a result of this breach of contract.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.


## COUNT II—UNJUST ENRICHMENT – AGAINST ENDURANCE AND CRC

22. Plaintiff repleads paragraphs 5–21 of the General Allegations and Count I as if the same were incorporated herein and made a part hereof.

23. Defendants Endurance and CRC have enjoyed the value and benefit of the compensation provided by Plaintiff.

24. The services, goods and materials were provided by Plaintiff upon the request of Defendants Endurance and CRC with the full knowledge, consent, acquiescence of, and without objection of Defendants Endurance and CRC.

25. Plaintiff has performed each and every obligation imposed on it by Defendants Endurance and CRC.

26.     Defendants will be unjustly enriched unless it is ordered to pay Plaintiff the value of the compensation accepted by Defendants Endurance and CRC.

27.     This unjust enrichment has resulted in damages to the Plaintiff.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.

## COUNT III— CONVERSION – AGAINST ENDURANCE AND CRC

28.     Plaintiff repleads paragraphs 5–27 of the General Allegations, Count I and Count II as if the same were incorporated herein and made a part hereof.

29.     Plaintiff owns or has possessory right in the return premium money greater than that of Defendants Endurance and CRC.

30.     Defendants Endurance and CRC have exercised dominion or control over this return premium money of the in derogation of Plaintiff's possessory rights.

31.     This conversion has resulted in damages to the Plaintiff.

32.     Plaintiff has performed each and every obligation imposed on it by Defendants Endurance and CRC.

33.     Defendants will be unjustly enriched unless it is ordered to pay Plaintiff the value of the compensation accepted by Defendants Endurance and CRC.

34.     This unjust enrichment has resulted in damages to the Plaintiff.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.

## COUNT IV— FRAUDULENT INDUCEMENT – AGAINST ENDURANCE AND CNC

35.    Plaintiff repleads paragraphs 5–34 of the General Allegations, Count I, Count II, and Count III as if the same were incorporated herein and made a part hereof.

36.    Plaintiff and Defendants Endurance and CNC engaged in negotiation to determine if Defendants' policy could meet Plaintiff's cargo and physical damage insurance needs.

37.    Plaintiff negotiated with Defendants Endurance and CNC based on their representations that the physical damage insurance coverage offered by Defendants Endurance and CNC would be subject to trucking industry standards for insurance.

38.    Defendants Endurance and CNC represented during these negotiations that their physical damage insurance policy met trucking industry standards for insurance.

39.    Defendants Endurance and CNC knew that the trucking industry standard for insurance includes terms that provide for return premiums on all insurance minimums paid.

40.    Plaintiff would not have entered into the contract with Defendants Endurance and CNC if it knew that the policy did not provide for a return premium.

41.    Plaintiff relied on Defendants' representations about Defendants Endurance and CNC's insurance policies.

42.    Plaintiff's reliance on Defendant' representations caused damages to Plaintiff.

**WHEREFORE**, Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Defendants Endurance and CRC to be proven at trial including all interest and court costs.

## COUNT IV—NEGLIGENT MISREPRESENTATION—AGAINST ENDURANCE AND CNC

43.    Plaintiff repleads paragraphs 5–42 of the General Allegations, Count I, Count II, Count III, and Count IV as if the same were incorporated herein and made a part hereof.

44.     Defendants Endurance and CNC are in the business of providing information and guidance to potential and actual customers, including Plaintiff, regarding the selection of insurance policies sold and whose sale was facilitated by Defendants.

45.     Defendants had a pecuniary interest in providing information and guidance to Plaintiff regarding the selection of an insurance policy.

46.     The misrepresentations and omissions of material fact by Defendants described above regarding the physical damage insurance policy were negligent.

47.     Plaintiff has sustained damages as a direct and proximate result of the negligent misrepresentations and omissions of material facts by Defendants.

**WHEREFORE,** Plaintiff, Hirschbach Motor Lines, Inc., respectfully requests this Court to enter judgement against Endurance and CRC to be proven at trial including all interest and court costs.

## JURY DEMAND

**COMES NOW,** Hirschbach Motor Lines, Inc., by and through its undersigned counsel of record and hereby demands a jury for all matters related to this Petition at Law.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.


By:     _____*/s/ Jason C. Palmer*_____
        Jason C. Palmer  AT0006089
        Stephanie A. Koltookian  AT0012724
        801 Grand Avenue, Suite 3700
        Des Moines, IA  50309-8004
        Telephone:  (515) 246-5858
        Facsimile  (515) 246-5808
        E-Mail:  palmer.jason@bradshawlaw.com
                 koltookian.stephanie@bradshawlaw.com

ATTORNEYS FOR PLAINTIFF

# EXHIBIT

# C

**From:** "Stephanie A. Koltookian" <Koltookian.Stephanie@bradshawlaw.com>
**Date:** May 24, 2018 at 3:39:01 PM EDT
**To:** "'Appel, Richard'" <rappel@sompo-intl.com>
**Cc:** "JLIERLY@kilpatricktownsend.com" <JLIERLY@kilpatricktownsend.com>, "Theleen, Ronald" <rtheleen@sompo-intl.com>, "Jason C. Palmer" <Palmer.Jason@bradshawlaw.com>
**Subject:** RE: Hirschbach Motor Lines, Inc. v. Endurance American Insurance Company and CRC Insurance Services - Law No.: LACV107512, Iowa District Court

Counsel,

Hirschbach will claim $123,742 in return premiums.  This amount comes from $117,880 in overpaid physical damage premium, $4872 for overpaid cargo premiums, and $1000 for overpaid contingent cargo premiums.

Please let me know if you have any questions.

Thank you,

Stephanie



**STEPHANIE A. KOLTOOKIAN**
ATTORNEY AT LAW
801 Grand Avenue, Suite 3700 ● Des Moines, IA 50309-8004
Phone: (515) 246-5825 ● Fax: (515) 246-5808
Email: koltookian.stephanie@bradshawlaw.com ● www.bra

Notice: This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U
2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby r
any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Please
sender that you have received this communication in error, then delete it from your computer system.

**From:** Appel, Richard [mailto:rappel@sompo-intl.com]
**Sent:** Thursday, May 24, 2018 2:10 PM
**To:** Stephanie A. Koltookian
**Cc:** JLIERLY@kilpatricktownsend.com; Theleen, Ronald; Jason C. Palmer
**Subject:** RE: Hirschbach Motor Lines, Inc. v. Endurance American Insurance Company and CRC Insurance Services - Law No.: LACV107512, Iowa District Court

Dear Ms. Koltookian,

In my review of the Complaint I did not see a return premium dollar amount specified as being due under the Policy.  My understanding is that the amount claimed as owed as return premium is $117,870.  I would greatly appreciate it if you would let me know if this dollar amount is correct or if a different return premium amount is being sought by your client.  Thank you.

Sincerely,



Richard M. Appel
Senior Vice President & Senior Counsel
Sompo International Insurance
1221 Ave of the Americas, 19th Floor
New York, New York 10020
(212) 209-6508- Direct
rappel@sompo-intl.com

---

**From:** Stephanie A. Koltookian [mailto:Koltookian.Stephanie@bradshawlaw.com]
**Sent:** Tuesday, May 22, 2018 4:37 PM
**To:** Appel, Richard
**Cc:** JLIERLY@kilpatricktownsend.com; Theleen, Ronald; Jason C. Palmer
**Subject:** RE: Hirschbach Motor Lines, Inc. v. Endurance American Insurance Company and CRC Insurance Services - Law No.: LACV107512, Iowa District Court

EXTERNAL SENDER

Counsel,

We can confirm that Hirschbach agreed to a 30-day extension for both Endurance American Insurance Company and CRC Insurance Services to respond to the petition. I look forward to working with you in this matter.

Thanks,

Stephanie



**STEPHANIE A. KOLTOOKIAN**
ATTORNEY AT LAW
801 Grand Avenue, Suite 3700 ● Des Moines, IA 50309-8004
Phone: (515) 246-5825 ● Fax: (515) 246-5808
Email: koltookian.stephanie@bradshawlaw.com ● www.bra

Notice: This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U
2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby r
any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please
sender that you have received this communication in error, then delete it from your computer system.

---

**From:** Appel, Richard [mailto:rappel@sompo-intl.com]
**Sent:** Tuesday, May 22, 2018 3:34 PM
**To:** Stephanie A. Koltookian
**Cc:** JLIERLY@kilpatricktownsend.com; Theleen, Ronald; Jason C. Palmer
**Subject:** RE: Hirschbach Motor Lines, Inc. v. Endurance American Insurance Company and CRC Insurance Services - Law No.: LACV107512, Iowa District Court

2

Dear Ms. Koltookian,

This email is to confirm our telephone conversation of earlier today in which you agreed to grant Endurance American Insurance Company and CRC Insurance Services a 30 day extension in which to respond to the Petition at Law in the referenced matter.  Thank you for the courtesy of the extension you have granted us.

Sincerely,



Richard M. Appel
Senior Vice President & Senior Counsel
Sompo International Insurance
1221 Ave of the Americas, 19th Floor
New York, New York 10020
(212) 209-6508- Direct
rappel@sompo-intl.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.