IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| HIRSCHBACH MOTOR LINES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE AMERICAN INSURANCE COMPANY and CRC INSURANCE SERVICES, INC.<br><br>Defendants. | Case Number: 2:18-cv-1025-KEM<br><br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**COMES NOW** the Plaintiff, Hirschbach Motor Lines, Inc., and dismisses its Complaint with prejudice. Defendants Endurance American Insurance Company and CRC Insurance Services, Inc. did not file any counterclaims in this action and stipulate to dismissing the Complaint with prejudice.

**WHEREFORE**, Hirschbach Motor Lines, Inc. hereby dismisses its Complaint with prejudice.

BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.

By: */s/ Jason C. Palmer*
Jason C. Palmer  AT0006089
Stephanie A. Koltookian  AT0012724
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
Telephone:  (515) 246-5858
Facsimile:  (515) 246-5808
E-Mail:  palmer.jason@bradshawlaw.com
koltookian.stephanie@bradshawlaw.com

**ATTORNEYS FOR PLAINTIFF**

PEDDICORD WHARTON, LLP


By:       */s/ Randy Wilharber*
      Randy Wilharber  AT0008505
      6800 Lake Drive, Suite 125
      West Des Moines, IA 50266
      Telephone: 515-243-2100
      Facsimile: 515-243-2132
      E-Mail: randy@peddicord.law.com

ATTORNEYS FOR DEFENDANTS